No. 707. KOHLER CO. v. LOCAL 833, UAW–AFL–CIO INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jerome Powell, William F. Howe, E. Riley Casey* and *Lyman C. Conger* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, and *Joseph L. Rauh, Jr., John Silard, Harold A. Cranefield* and *Louis H. Pollak* for Local 833, respondents.

No. 727. SEVEN-UP CO. v. O-SO GRAPE CO. ET AL. C. A. 7th Cir. Certiorari denied. *Beverly W. Pattishall* for petitioner. *Charles F. Meroni* for respondents.

No. 733. SOUTHERN CROSS STEAMSHIP CO., INC., v. FIRIPIS. C. A. 4th Cir. Certiorari denied. *Hugh S. Meredith* for petitioner. *Sidney H. Kelsey* for respondent.

No. 736. SARKES TARZIAN, INC., v. AUDIO DEVICES, INC., ET AL. C. A. 9th Cir. Certiorari denied. *C. B. Dutton* for petitioner. *Thomas F. Reddy, Jr.* for respondents.

No. 737. WESTCHESTER FIRE INSURANCE CO. v. HANLEY ET AL. C. A. 6th Cir. Certiorari denied. *Samuel Levin* for petitioner. *Harold S. Sawyer* for respondents.

No. 749. ROMERO v. GARCIA & DIAZ, INC. C. A. 2d Cir. Certiorari denied. *Philip F. Di Costanzo* and *Narciso Puente, Jr.* for petitioner. *John L. Quinlan* for respondent.